```
                          United States Bankruptcy Court
                           Southern District of Indiana
In re:                                                        Case No. 16-70951-BHL
Shawn Rae Merrill                                             Chapter 7
       Debtor                  CERTIFICATE OF NOTICE
District/off: 0756-3         User: admin              Page 1 of 2          Date Rcvd: Oct 03, 2016
                             Form ID: b309a          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2016.
db           +Shawn Rae Merrill,    6100 Ashbrooke Road,    Evansville, IN 47710-4326
tr            Stacy M. Wissel,    Office of Stacy M. Wissel,    PO Box 68,   Decker, IN   47524-0068
14095366     +American Medical Response,    50 S. Main, Ste 401,    Akron, OH 44308-1829
14095367     +Bay Area Credit Servic,    1000 Abernathy Rd,    Atlanta, GA 30328-5606
14095368      Brentwood Meadows,    7162 Solution Center,    Chicago, IL 60677-7001
14095370     ++COLLECTION ASSOCIATES LLC,    PO BOX 349,    GREENSBURG IN 47240-0349
              (address filed with court: Collection Associates,    1809 N Broadway St,   Greensburg, IN 47240)
14095373      Deaconess Hospital,    P.O. Box 1230,    Evansville, IN 47706-1230
14095377     +ENCORE RECEIVABLES MGMT.,    400 N ROGERS ROAD,    PO BOX 3330,   OLATHE, KS 66063-3330
14095378     +EQUIFAX,   ATTN: PUBLIC RECORDS DEPT.,    PO BOX 740241,    ATLANTA, GA 30374-0241
14095380     +EXPERIAN,   ATTN: PUBLIC RECORDS DEPT.,    PO BOX 9701,    ALLEN, TX 75013-9701
14095375     +Eastern Account System of CT,    P.O. Box 837,    Newtown, CT 06470-0837
14095376     +Edfinancial Services L,    120 N Seven Oaks Dr,    Knoxville, TN 37922-2359
14095379      Evansville Psychiatric Associates,    2015 Maxwell Ave,    Evansville, IN 47711-4359
14095381     ++HERITAGE FEDERAL CREDIT UNION,    PO BOX 189,    NEWBURGH IN 47629-0189
              (address filed with court: Heritage Federal Cu,    5388 Old State Road 66,   Newburgh, IN 47630)
14095382     +Indiana Department of Revenue,    100 N. Senate Ave, Room N203-Bankruptcy,
               Indianapolis, IN 46204-2253
14095387     +Mpcs,   Po Box 1116,   Newburgh, IN 47629-1116
14095388     +Sears/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
14095394     +TRANS UNION CORPORATION,    ATTN: PUBLIC RECORDS DEPT,    PO BOX 2000,   CHESTER, PA 19022-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: jrw@wiesnethlaw.com Oct 03 2016 23:11:43     James Raymond Wiesneth, Jr.,
               James R. Wiesneth Jr.,    2901 Ohio Boulevard, Suite 220,    P.O. BOX 3148,
               Terre Haute, IN   47803
ust          +E-mail/Text: ustpregion10.in.ecf@usdoj.gov Oct 03 2016 23:12:30     U.S. Trustee,
               Office of U.S. Trustee,    101 W. Ohio St.. Ste. 1000,    Indianapolis, IN 46204-1982
14095369      EDI: CAPITALONE.COM Oct 03 2016 23:04:00      Capital One Bank Usa N,    15000 Capital One Dr,
               Richmond, VA 23238
14095371     +EDI: WFNNB.COM Oct 03 2016 23:04:00      Comenity Bank/gordmans,    Po Box 182789,
               Columbus, OH 43218-2789
14095372      EDI: WFNNB.COM Oct 03 2016 23:04:00      Comenity Bankruptcy,   Bankruptcy,    P.O. Box 183043,
               Columbus, OH 43218-3043
14095374     +EDI: DISCOVER.COM Oct 03 2016 23:03:00      Discover Fin Svcs Llc,    Po Box 15316,
               Wilmington, DE 19850-5316
14095383      EDI: IRS.COM Oct 03 2016 23:04:00     IRS,    P.O. Box 7346,   Philadelphia, PA 19101-7346
14095384     +EDI: CBSKOHLS.COM Oct 03 2016 23:03:00      Kohls/capone,   N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
14095385      EDI: MID8.COM Oct 03 2016 23:03:00      Midland Credit Management,    P.O. Box 60578,
               Los Angeles, CA 90060-0578
14095386     +EDI: MID8.COM Oct 03 2016 23:03:00      Midland Funding,   8875 Aero Drive,    Suite 200,
               San Diego, CA 92123-2255
14095389     +EDI: RMSC.COM Oct 03 2016 23:04:00      Syncb/care Credit,   Po Box 965036,
               Orlando, FL 32896-5036
14095390     +EDI: RMSC.COM Oct 03 2016 23:04:00      Syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
14095391      EDI: RMSC.COM Oct 03 2016 23:04:00      Synchrony Bank,   Attn: Bankruptcy Dept,
               P.O. Box 965009,    Orlando, FL 32896-5009
14095392      EDI: RMSC.COM Oct 03 2016 23:04:00      Synchrony Bank,   Attn: Bankruptcy Dept,
               P.O. Box 965061,    Orlando, FL 32896-5061
14095393      E-mail/Text: DL-ICOMSBankruptcy@charter.com Oct 03 2016 23:13:00      Time Warner Cable,
               P.O. Box 1060,    Carol Stream, IL 60132-1060
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0756-3          User: admin              Page 2 of 2              Date Rcvd: Oct 03, 2016
                              Form ID: b309a           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2016 at the address(es) listed below:
              James Raymond Wiesneth, Jr.    on behalf of Debtor Shawn Rae Merrill
               courtreports@wiesnethlaw.com;courtreportswiesnethlaw@gmail.com
              Stacy M. Wissel    tr_wissel_ecf@sbcglobal.net, IN57@ecfcbis.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                                                                                            TOTAL: 3
```

Case 16-70951-BHL-7   Doc 8   Filed 10/05/16   EOD 10/06/16 00:35:53   Pg 3 of 4

| **Information to identify the case:** | |
|---|---|
| Debtor **Shawn Rae Merrill** <br> Name | Social Security number or ITIN **xxx–xx–3398** <br> EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court – **Southern District of Indiana** <br> Case number: **16–70951–BHL–7** | Date case filed for chapter **7**: **September 30, 2016** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**           12/2015

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, the debtor, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to **30 days** or not exist at all, although the debtor can ask the court to extend or impose a stay.

The debtor is seeking a discharge. Creditors who assert that the debtor is not entitled to a discharge or who want a debt excepted from discharge may be required to file a complaint within the deadlines specified in this notice. (See "Deadlines" section for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at pacer.insb.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify the debtor on this case, the debtor must submit a full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| 1. | **Debtor's full name** | Shawn Rae Merrill | |
|---|---|---|---|
| 2. | **Other names** <br>(used in last 8 years) | fka Shawn Rae Wilkinson, fka Shawn Rae Campbell | |
| 3. | **Address** | 6100 Ashbrooke Road <br> Evansville, IN 47710 | |
| 4. | **Debtor's attorney** <br> Name and address | James Raymond Wiesneth Jr. <br> 2901 Ohio Boulevard, Suite 220 <br> P.O. BOX 3148 <br> Terre Haute, IN 47803 | Contact info: 812–234–4300 or <br> jrw@wiesnethlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Stacy M. Wissel <br> Office of Stacy M. Wissel <br> PO Box 68 <br> Decker, IN 47524–0068 | Contact info: 812–886–6452 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address or ecf.insb.uscourts.gov. You may inspect all records filed in this case at this office or pacer.insb.uscourts.gov. | United States Bankruptcy Court<br>Southern District of Indiana<br>101 NW M.L. King Jr. Blvd., Rm. 352<br>Evansville, IN 47708 | Open weekdays 8:30 AM – 4:30 PM CT<br><br>Contact info: 812–434–6470 |
| 7. | **Meeting of creditors**<br>The debtor must attend the meeting to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. | **November 18, 2016 at 11:00 AM CST**<br><br>**The debtor MUST provide picture identification and proof of social security number** to the trustee at the meeting of creditors. Failure to do so may result in the case being dismissed. Language interpretation of the meeting of creditors will be provided to the debtor at no cost through a telephone interpreter service upon request made to the trustee. These services may not be available at all locations. | Location:<br>**Rm. 157 Federal Building<br>101 NW M.L. King Blvd.<br>Evansville, IN 47708** |
| 8. | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). The debtor may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to object to discharge or challenge whether certain debts are dischargeable:**<br>**You must file a complaint by the deadline:**<br>• if you assert that the debtor is not entitled to a discharge under 11 U.S.C. § 727(a)(2)–(7) or<br>• if you want a debt excepted from the discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | **January 17, 2017**<br><br>**You must file a motion by the deadline:**<br>• if you assert that the discharge should be denied under 11 U.S.C. § 727(a)(8) or (9). |
| | | **Objection to exemptions:**<br>The law permits the debtor to keep certain property as exempt. If you believe the law does not authorize an exemption claimed by the debtor, you may file an objection **no later than 30 days after the meeting of creditors concludes**. | |
| 10. | **Proof of claim**<br>Do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have a question about your rights in this case. | |
| 12. | **Exempt property** | The law allows the debtor to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. The debtor must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or pacer.insb.uscourts.gov. If you believe the law does not authorize an exemption claimed by the debtor, you may file an objection **no later than 30 days after the meeting of creditors concludes**. | |
| 13. | **Abandonment of property** | Pursuant to S.D.Ind. B–6007–1, a trustee's report of no distribution serves as a notice proposing the abandonment of all property from the estate. No further notice of the abandonment will be given unless a party in interest files a request for further notice of abandonment no later than **one day** before the first date set for the 341 meeting. Any party filing such a request will be given notice upon filing of the report of no distribution and have **14 days** to object to the abandonment. | |